**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :
                Government,      :       23 CR. 484 (RMB)
                                    :
    - against -                   :       **ORDER**
                                    :
                                    :
ROBERT DIAZ,                        :
                                    :
                Defendant.       :
---------------------------------------------------------------x

       The status conference scheduled for Tuesday, December 12, 2023 at 11:00 A.M. will take place in Courtroom 17B.

Dated: December 6, 2023
       New York, NY

                                           _____
                                            RICHARD M. BERMAN
                                                U.S.D.J.