**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                                       :
                       Government,            :            23 CR. 484 (RMB)
                                                                       :
       - against -                                    :            **ORDER**
                                                                       :
                                                                       :
ROBERT DIAZ,                                               :
                                                                       :
                       Defendant.             :
------------------------------------------------------------x

        The status conference scheduled for Wednesday, January 31, 2024 at 9:00 A.M. will take place in Courtroom 17B.

Dated: January 17, 2024
         New York, NY

                                                            RICHARD M. BERMAN
                                                                   U.S.D.J.