**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
UNITED STATES OF AMERICA,                           :
                                                    :
                     Government,      :   23 CR. 484 (RMB)
                                                    :
    - against -                                  :   **ORDER**
                                                    :
                                                    :
ROBERT DIAZ,                                        :
                                                    :
                     Defendant.       :
------------------------------------------------------------x

       The sentencing scheduled for Tuesday, June 25, 2024 at 9:00 A.M. will take place in Courtroom 17B.

Dated: June 24, 2024
       New York, NY

                                                 _____
                                                       RICHARD M. BERMAN
                                                           U.S.D.J.